UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ZURICH AMERICAN INSURANCE CO. a/s/o ISS FACILITY SERVICES, INC., and WINN-DIXIE STORES, INC.,

Plaintiffs,

v. CASE NO. 8:24-cv-2171-JLB-SPF

SAET SERVICES CORP.,

Defendant.
______________________________/

# REPORT AND RECOMMENDATION

Before the Court are Plaintiff's Application for Award of Prejudgment Interest (Doc. 63) and Motion to Amend the Final Judgment to Include an Award of Prejudgment Interest (Doc. 69), and the parties' Joint Stipulation to Enter Amended Final Judgment Awarding Plaintiff Prejudgment Interest and Deferring Consideration of Plaintiff's Claims for Attorneys' Fees and Costs (Doc. 73).

On March 30, 2026, the District Judge granted Plaintiff's motion for summary judgment and denied Defendant's, awarding Plaintiff $1,350,000.00 plus $168,444.16 in attorney's fees (Doc. 59). The Clerk of Court entered judgment in this amount the next day (Doc. 60). The District Judge also ordered: "Within thirty (30) days of the date of this Order, Zurich shall file a motion on its request for prejudgment interest, as its proposed prejudgment interest was not broken down." (*Id*. at 18).

Plaintiff did so in its Application for Award of Prejudgment Interest (Doc. 63). Plaintiff also filed a Motion to Amend the Final Judgment (Doc. 69) under Rule 60(b)(6) to reflect the prejudgment interest award. Defendant did not respond to either motion.

Meanwhile, the parties stipulated to an amended final judgment in Plaintiff's favor and against Defendant in the principal sum of $1,514,444.16, plus $246,880.34 in prejudgment interest, for a total judgment of $1,761,325.50 (Doc. 73).[1]

The Court **RECOMMENDS**:

(1) Plaintiff's Application for Award of Prejudgment Interest (Doc. 63) be **GRANTED** to the extent that Plaintiff be awarded $246,880.34 in prejudgment interest, as reflected in the parties' Joint Stipulation (Doc. 73); and

(2) Plaintiff's Motion to Amend the Final Judgment to Include an Award of Prejudgment Interest (Doc. 69) be **GRANTED** and the Clerk of Court be directed to enter an amended final judgment in Plaintiff's favor and against Defendant in the principal sum of $1,514,444.16, together with prejudgment interest in the sum of $246,880.34, for a total judgment amount of $1,761,325.50, as reflected in the parties' Joint Stipulation (Doc. 73).

**RECOMMENDED** in Tampa, Florida, on June 25, 2026.

SEAN P. FLYNN
UNITED STATES MAGISTRATE JUDGE

[1] Plaintiff's post-judgment motion for attorney's fees under Fla. Stat. § 768.79 is pending (*see* Docs. 62, 71) and will be addressed in a separate Report and Recommendation. The parties' request for the Court to defer ruling on Plaintiff's attorney's fees motion (included in the Joint Stipulation) is moot because Defendant voluntarily dismissed its appeal of the judgment against it to the Eleventh Circuit (*see* Doc. 79).

**NOTICE TO PARTIES**

Within fourteen days after being served with a copy of this Report and Recommendation, any party may serve and file written objections to the proposed findings and recommendations or request an extension of time to do so. 28 U.S.C. § 636(b)(1); 11th Cir. R. 3-1. Failure of any party to timely object in accordance with the provisions of § 636(b)(1) waives that party's right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions contained in this Report and Recommendation. 11th Cir. R. 3-1.