UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ZURICH AMERICAN INSURANCE
CO. a/s/o ISS FACILITY SERVICES,
INC., and WINN-DIXIE STORES,
INC.,

   Plaintiff,

v.           Case No:  8:24-cv-2171-JLB-SPF

SAET SERVICES CORP.,

   Defendant.

             /

## **ORDER**

The Magistrate Judge has entered a Report and Recommendation (Doc. 80), recommending that: Plaintiff's Application for Award of Prejudgment Interest (Doc. 63) be granted to the extent that Plaintiff be awarded $246,880.34 in prejudgment interest, as reflected in the parties' Joint Stipulation (Doc. 73); and Plaintiff's Motion to Amend the Final Judgment to Include an Award of Prejudgment Interest (Doc. 69) be granted and the Clerk of Court be directed to enter an amended final judgment in Plaintiff's favor and against Defendant in the principal sum of $1,514,444.16, together with prejudgment interest in the sum of $246,880.34, for a total judgment amount of $1,761,325.50, as reflected in the parties' Joint Stipulation (Doc. 73).  No party has objected, and the time to do so has expired.

A district judge may accept, reject, or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1).  The district judge must "make a de

novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.*

Here, after an independent review of the entire record and noting that no objection has been filed, the Court finds that the thorough and well-reasoned Report and Recommendation is due to be adopted.

Accordingly, it is **ORDERED** that:

1. The United States Magistrate Judge's Report and Recommendation (Doc. 80) is **ADOPTED** and made a part of this Order for all purposes.

2. Plaintiff's Application for Award of Prejudgment Interest (Doc. 63) is **GRANTED** to the extent that Plaintiff is awarded $246,880.34 in prejudgment interest, as reflected in the parties' Joint Stipulation (Doc. 73).

3. Plaintiff's Motion to Amend the Final Judgment to Include an Award of Prejudgment Interest (Doc. 69) is **GRANTED**.

4. The Clerk of Court is **DIRECTED** to enter an amended final judgment in Plaintiff's favor and against Defendant in the principal sum of $1,514,444.16, together with prejudgment interest in the sum of

$246,880.34, for a total judgment amount of $1,761,325.50, as reflected in the parties' Joint Stipulation (Doc. 73).

**IT IS SO ORDERED** in Tampa, Florida, on July 10, 2026.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE